IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

V        CASE NO: 8:22-CR-00091-KKM-CPT-1

KEVIN STREETER

### DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR VARIANCE

COMES NOW THE DEFENDANT, KEVIN STREETER, (hereinafter "Mr. Streeter"), by and through his Undersigned Counsel and hereby files this Sentencing Memorandum.

### STATEMENT OF FACTS

On March 8, 2022, a grand jury in the Middle District of Florida returned a five-count indictment naming Mr. Streeter as the defendant. Pre-Sentence Report ("PSR") 4¶1 Mr. Streeter was charged with one count of conspiracy to receive stolen government property and commit aggravated identity theft *Id.* at ¶2. Counts two and three charged him with knowingly and willfully stealing more than $1,000.00 of money and things of value from the United States. *Id.* at ¶3. Counts four and five charged substantive identify theft in connection with counts two and three, respectively. *Id.* at ¶ ¶4-5.

On June 14, 2022, Mr. Streeter pled guilty to a plea agreement before the Hon. Christopher Tuite to counts one and four, and the Government agrees to dismiss the remaining counts at the time of sentencing. PSR 5 - ¶¶7-8. This Honorable Court adjudicated Mr. Streeter guilty on July 19, 2022.

## SENTENCING GUIDELINES CALCULATION

Mr. Streeter does not dispute the offense level calculation. His combined offense level for Count One is 19. PSR 9 ¶43, His criminal history category is properly scored as category I. His guideline range for count one is 30-37 months. PSR 15 ¶ 86. Count four requires a consecutive 24-month sentence. *Id.*

## REQUEST FOR VARIANCE AND REASONABLE TOTAL SENTENCE OF 24 MONTHS IMPRISONMENT

Mr. Streeter respectfully requests that this Court sentence him to 24 total months of imprisonment. This Court is aware of the wide discretion given by *Booker* and its progeny, so there is no need to reiterate it here. Under the factors laid out by 18 USC § 3553(a), an 24-month sentence is appropriate.

Under 3553(a)(1), the Court should consider the nature and circumstances of the offense and the history and characteristics of the

defendant. Mr. Streeter lives with his ex wife and has a daughter with substantial medical needs named Lyric Streeter. PSI 12 ¶ 61. Currently, Mr. Streeter helps Lyric's mother, as she lost her job, her residence and her vehicle. He helps her take Lyric to doctor exams and where she needs to get to. Mr. Streeter helps support her and other children through other mothers. He currently has child support orders of $328.50 for Lyric, $310.88 for Teona Moreaux, and roughly $800 a month for Tyrese Streeter. *Id.* at ¶¶62-65. Mr. Streeter has medical concerns too, having been diagnosed with hepatic steatosis, and possibly cholecystitis. PSI 13 ¶71. These issues put him in the hospital in August 2020. *Id*. Furthermore, the Defendant has attempted to cooperate and has debriefed and continued to have contact with agents, but as of yet nothing has come of it.

While the Court has no discretion with regards to the identify theft count, his background and characteristics present a reasonable basis for a variance from the guidelines, and a combined total sentence of 24 months' imprisonment would meet the statutory goals of 18 U.S.C. § 3553(a).

Respectfully submitted,

*/s Darlene Calzon Barror*
DARLENE CALZON BARROR, ESQUIRE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically by the CMECF portal to counsel for the Government on October 14, 2022.

>*/s Darlene Calzon Barror*
>DARLENE CALZON BARROR, ESQUIRE
>506 North Armenia Ave.
>Tampa, Florida 33609
>Tel:(813) 877-6970
>Fax: (813) 879-2610
>darlene@barrorlaw.com
>Florida Bar No. 0860379